IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BOBBIE BASSETT,  :   No. 3:24cv2024
      Plaintiff  :
   :   (Judge Munley)
v.  :
   :
THE PENNSYLVANIA DEPARTMENT  :
OF CORRECTIONS,  :
      Defendant  :
............................................................................................

**ORDER**

AND NOW, to wit, this 16th day of September 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that defendant's motion to dismiss, (Doc. 10), is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court